RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Virlee Osborne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00211-APG-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** (second request) |
| v. | |
| VIRLEE OSBORNE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Virlee Osborne, that the change of plea currently scheduled for August, 7, 2018, at 9:30 a.m. be vacated and continued to a date and time convenient to this Court on or after August 14, 2018.

This Stipulation is entered into for the following reasons:

1. The Ninth Circuit recently issued a second decision that could affect Mr. Osborne's sentencing exposure and his decision to enter into a plea agreement with the government.

2. Defense counsel needs additional time to discuss the impact of the Ninth Circuit's decision with Mr. Osborne.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time is not sought for purposes of delay, but to allow defense counsel sufficient time to discuss all alternatives with Mr. Osborne.

6. The additional time does not require a continuance of the currently scheduled calendar call and trial dates of August 22nd and August 27th and therefore does not implicate the Speedy Trial Act.

This is the parties' second stipulation to continue the change-of-plea hearing.

DATED this 3rd day of August, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | /s/ *Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00211-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| VIRLEE OSBORNE, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the

This Stipulation is entered into for the following reasons:

1. The Ninth Circuit recently issued a second decision that could affect Mr. Osborne's sentencing exposure and his decision to enter into a plea agreement with the government.

2. Defense counsel needs additional time to discuss the impact of the Ninth Circuit's decision with Mr. Osborne.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time is not sought for purposes of delay, but to allow defense counsel sufficient time to discuss all alternatives with Mr. Osborne.

6. The additional time does not require a continuance of the currently scheduled calendar call and trial dates of August 22nd and August 27th and therefore does not implicate the Speedy Trial Act.

This is the parties' second stipulation to continue the change-of-plea hearing.

**ORDER**

IT IS THEREFORE ORDERED that the change of plea currently scheduled for August 7, 2018, at 9:30 a.m., be vacated and continued to August 22, 2018 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 3rd day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE